UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>CRISS PROPERTIES LLC<br><br><br>Debtor(s) | BK No.: 14-23481<br><br>Chapter: 11<br>Honorable Jacqueline Cox |

### ORDER APPROVING FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTOR

This matter coming to be heard on the Final Application of The Golding Law Offices P.C., attorneys for the Debtor, for Compensation and Reimbursement of Expenses as Counsel for the Debtor incurred for the period June 11 2014 through September 22, 2015 pursuant to §§330 and 331 of Title 11 of the United States Bankruptcy Code (the "Bankruptcy Code") and Bankruptcy Rule 2016 for professional services rendered by it to the Debtor and its estate; notice having been sufficient and proper; the Court being advised in the premises; it is hereby ORDERED:

1. The Application is GRANTED;

2. The Golding Law Offices, P.C. is allowed compensation for the period June 11 2014 through September 22, 2015 on a final basis for legal services performed and expenses incurred on behalf of the Debtor and its Estate in the amount of $33,814.71.

Enter:

*J. Cox* *Jacqueline P. Cox*

Dated: 12-16-15

United States Bankruptcy Judge

**Prepared by:**
Richard N. Golding, Esq. (0992100)
The Golding Law Offices, P.C.
500 N Dearborn Street, 2nd FL
Chicago, IL 60654
Tel: (312) 832-7885
Fax: (312) 755-5720
Email: rgolding@goldinglaw.net

Rev: 20120501_bko