UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Criss Properties, L.L.C.<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:  14-23481<br><br>Chapter: 11<br>Honorable Jacqueline Cox |

**FINAL DECREE CLOSING CASE**

    This matter coming before the Court on the Reorganized Debtor's Motion for Entry of a Final Decree Closing Case (the "Motion"); it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the Fourth Modified Plan of Reorganization [Docket No. 93] (the "Plan") of Criss Properties, L.L.C. (the "Reorganized Debtor"); it appearing that this is a core proceeding pursuant to 28 US.C. § 157(b)(2); the Court being satisfied that the Plan has been substantially consummated and the Reorganized Debtor's estate has been fully administered within the meaning of section 350 of the Bankruptcy Code; and it appearing that notice of the Motion was provided in accordance with Local Rule 3022-1, now therefore,
IT IS HEREBY ORDERED THAT:
1. The Motion is granted to the extent set forth herein.
2. The above-captioned chapter 11 case is hereby closed pursuant to Federal Rule of Bankruptcy Procedure 3002, effective as of the date of this order.
3. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this order.
4. Notwithstanding anything to the contrary in the Federal Rules of Bankruptcy Procedure, the terms of this order shall be effective immediately.
5. The Reorganized Debtor shall pay all outstanding United States Trustee fees by March 22, 2016.

                        Enter: *Jacqueline P. Cox*

                                                                 J. Cox

                                      Honorable Jacqueline Cox

Dated: **MAR -9 2016**                                    United States Bankruptcy Judge

**Prepared by counsel of Movant:**

Jonathan D. Golding, Esq.
(ARDC# 6299876)
THE GOLDING LAW OFFICES, PC
500 N. Dearborn Street, 2nd Floor
Chicago, IL 60654
Tel: (312) 832-7892
Fax: (312) 755-5720
Email: jgolding@goldinglaw.net

                                                                                      Rev: 20101008_bko